IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 10-798 |
| v. | : | |
| | : | CIVIL ACTION |
| ANTHONY RANSOM | : | NO. 13-5341 |

ORDER

AND NOW, this 29th day of October, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Anthony Ransom to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. #49) is DENIED; and

(2) a certificate of appealability will not issue.

BY THE COURT:

/s/ Harvey Bartle III
                        J.